JACQUES SAMUELS, Respondent, v. FRANK SRSEN and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAM SIRY, Respondent, v. SAMUEL KEIZERSTEIN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ABRAM B. SMART, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ALEX. ST. CLAIR-ABRAMS, Respondent, v. HOWARD O. WOOD and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ELIZABETH STAUNTON, as Administratrix, etc., of PATRICK STAUNTON, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FREDERICK BAHR and Another, Appellants, v. THE HOUSE AND HOME COMPANY, Respondent. (Action No. 1.) — Judgment reversed on the law, and new trial granted, with costs to abide the event. There is nothing in the contract making it obligatory upon the plaintiffs to pay interest on the principal sum or installments, the interest clause relating only to taxes. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FREDERICK BAHR and Another, Appellants, v. THE HOUSE AND HOME COMPANY, Respondent. (Action No. 2.) — Judgment reversed on the law, and new trial granted, with costs to abide the event. There is nothing in the contract making it obligatory upon the plaintiffs to pay interest on the principal sum or installments, the interest clause relating only to taxes. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

GEORGE DUNAN BANCROFT, as Executor, etc., of OLIN F. BANCROFT, Deceased, Respondent, v. MALCHA BANCROFT, Appellant.— Judgment reversed on the law, in the interests of justice, and a new trial granted, with costs to abide the event, because of error in the exclusion of evidence at folios 51, 53, 54, 58, 59, 61 and 62 of the record on appeal. (*Tompkins* v. *Fonda Glove Lining Co.*, 188 N. Y. 261, 264. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FREDERICK A. BERGMANN and Another, Copartners, etc., Respondents, v. S. L. SILVER & COMPANY, INC., Appellant.— Order denying motion to compel reply affirmed, with ten dollars costs and disbursements. Order denying motion for reargument or resettlement of order affirmed, with ten dollars costs and disbursements. Stay vacated. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

LOUIS HANDEL, Respondent, v. BROOKLYN ELEVATOR and MILLING COMPANY, Appellant.— Judgment and order reversed on the law and the facts, and new trial granted, with costs to abide the event, upon the ground that we are of opinion that plaintiff failed to prove by a preponderance of the evidence that the death of the ducks complained of was occasioned by the alleged impurity of the bran purchased from the defendant. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

IRA S. BUSHEY & SONS, Respondent, v. THE AMERICAN INSURANCE COMPANY,